Filed 6/12/25  P. v. Chen CA6
**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>RAYMOND JUI-CHUNG CHEN,<br><br>    Defendant and Appellant. | H052209<br>(Santa Clara County<br>Super. Ct. No. C1889599) |

Defendant Raymond Jui-Chung Chen pleaded guilty pursuant to a plea agreement to six counts of lewd or lascivious acts upon children under the age of 14 (Pen. Code, § 288, subd. (a)).[1]  For each count, Chen admitted allegations that he committed his offenses against multiple victims (§ 667.61, subds. (b), (e)).  The trial court sentenced Chen to a total term of 30 years to life in prison.

On appeal, Chen's appointed counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) that states the case and facts but raises no issues.  This court notified Chen of his right to submit written argument on his own behalf within 30 days.  That period has elapsed, and this court has received no response from Chen.

Pursuant to *Wende*, *supra*, 25 Cal.3d 436 and *People v. Kelly* (2006) 40 Cal.4th 106 (*Kelly*), we have carefully reviewed the entire record and have determined that there

---

[1] Unspecified statutory references are to the Penal Code.

are no arguable issues on appeal that would result in a disposition more favorable to Chen. Accordingly, we will affirm the judgment.

## I. FACTUAL AND PROCEDURAL BACKGROUND

According to testimony from the preliminary hearing in this case, Chen engaged in various sexual acts against multiple girls while he worked at Fantasia Performance and Art Center, an after-school facility in Milpitas. The acts took place at the center's facility and at other locations. One of the girls told her mother about Chen's actions, and the girl's mother contacted the police. In the ensuing investigation, Chen admitted to engaging in various sexual acts with the girls and provided the police handwritten apology notes he had written to the girls.

The prosecution charged Chen by information with 48 counts alleging various sexual acts against six victims. Pursuant to a plea agreement, Chen pleaded guilty to six counts of lewd or lascivious acts upon children under the age of 14 (§ 288, subd. (a)), one count for each of the victims named in the information. Chen also admitted as to each of the six counts that he committed his offenses against multiple victims (§ 667.61, subds. (b), (e)). Consistent with the plea agreement, the trial court dismissed the remaining counts at sentencing and imposed a total sentence of 30 years to life in prison.

Chen timely appealed.

## II. DISCUSSION

Pursuant to *Wende*, *supra*, 25 Cal.3d 436, and *Kelly*, *supra*, 40 Cal.4th 106, we have carefully reviewed the entire record. We conclude that there is no arguable issue on appeal that would result in a disposition more favorable to Chen. (*Wende*, *supra*, at pp. 441-443.)

## III. DISPOSITION

The judgment is affirmed.

2

_____

Greenwood, P. J.


WE CONCUR:




_____

Grover, J.







_____

Lie, J.




H052209 People v. Chen